# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH THOMAS,<br>    Plaintiff(s),<br>v.<br>C JOHNSON, et al.,<br>    Defendant(s). | Case No. 2:22-cv-01918-GMN-NJK<br>**Order**<br>[Docket No. 19] |

Pending before the Court is Plaintiff's settlement offer. Docket No. 19. Outside the context of a judicial settlement conference or the like, discussions regarding settlement do not involve the Court. Such discussions are confidential and should generally not be filed on the docket. Accordingly, the settlement offer is **STRICKEN**.

IT IS SO ORDERED.

Dated: July 12, 2023

_____
Nancy J. Koppe
United States Magistrate Judge