AARON D. FORD
Attorney General
JANET L. MERRILL (Bar No. 10736)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3370 (phone)
(702) 486-3773 (fax)
Email: jmerrill@ag.nv.gov

*Attorneys for Defendants*
*Benjamin Estill and Kelly Quinn*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH THOMAS,<br><br>              Plaintiff,<br><br>v.<br><br>C. JOHNSON, *et al.*,<br><br>              Defendants. | Case No. 2:22-c-01918-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS THIS CASE WITH PREJUDICE** |

The Parties, Plaintiff, KENNETH THOMAS, and Defendants C. JOHNSON, BENJAMIN ESTILL and KELLY QUINN, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Janet L. Merrill, Deputy Attorney General, hereby stipulate and

////
///
////
///
////
///
////
////
///

agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 5th of Oct 2023.                    DATED this 19th of December 2023.

By: /s/ Kenneth L. Thomas 83545
KENNETH L. THOMAS
Plaintiff #83545

AARON D. FORD
Attorney General

By: /s/ Janet Merrill
JANET L. MERRILL (Bar No. 10736)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 29 day of December, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on 12/19, 2023, I electronically filed the foregoing Stipulation via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Kenneth Thomas, #83545
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
*Plaintiff, Pro Se*

*Caryn Haller*
An employee of the
Office of the Nevada Attorney General